KAREN P. HEWITT
United States Attorney
STEWART M. YOUNG
Assistant U.S. Attorney
California State Bar No. 234889
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6228
E-mail: stewart.young@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 2585 RAINBOW VALLEY BLVD, FALLBROOK, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendant. | Case 08 CV 0672 JAH LSP<br><br>NOTICE OF LIS PENDENS |

## OWNER OF RECORD: EMHV HOLDINGS, LLC

PLEASE TAKE NOTICE that a civil lawsuit is now pending in the United States District Court for the Southern District of California which involves title to One Residential Property Located at 2585 Rainbow Valley Blvd, Fallbrook, California, and All Improvements and Appurtenances Affixed Thereto. The defendant property is more particularly described as:

### ASSESSORS PARCEL NO. 102-240-20-00

**PARCEL 1:**
THAT PORTION OF THE SOUTH HALF OF THE SOUTHEAST QUARTER OF SECTION 1, TOWNSHIP 9 SOUTH, RANGE 3 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF, LYING NORTH OF A LINE DRAWN PARALLEL WITH THE SOUTH LINE.

The general object of the lawsuit is to forfeit to the United States the defendant property in that said property had been used, was being used, or was intended to be used to facilitate drug trafficking in violation of Title 21, United States Code, Section 881(a)(7); said forfeiture proceeding pending in the United States District Court for the Southern District of California.

The owner of record of the above-described property is EMHV Holdings, LLC.

BE ADVISED THAT upon the entry of an Order of Forfeiture in favor of the United States, all right, title and interest in said property shall vest in the United States upon commission of the act giving rise to the forfeiture.

DATED: April 14, 2008

KAREN P. HEWITT
United States Attorney

STEWART M. YOUNG
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 2585 RAINBOW VALLEY BLVD, FALLBROOK, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendant. | Case No. _____<br><br>CERTIFICATE OF SERVICE |

STATE OF CALIFORNIA )
    ss.         )
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED THAT:

I, Lilian Ruiz, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, San Diego, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and,

On this date I caused to be mailed by United States certified mail a copy of Notice of Lis Pendens, addressed to EMHV Holdings, LLC, 138 Escondido Ave, Vista, California 92084.

This is the last known address, at which place there is delivery service of certified mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2008.

LILIAN RUIZ