KAREN P. HEWITT
United States Attorney
LEAH R. BUSSELL
Assistant U.S. Attorney
California State Bar No. 141400
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6962
E-mail: leah.bussell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cv0672-JAH(LSP) |
| Plaintiff, | ) ) ) | NOTICE OF APPEARANCE |
| v. | ) ) | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 2585 RAINBOW VALLEY BOULEVARD, FALLBROOK, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | ) ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under Civil Local Rules 83.3.c.3-4.

The following government attorney (who is admitted to practice in this court or authorized to practice under Civil Local Rules 83.3.c.3-4) is also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

N/A

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:
3  <u>Name</u>
4  N/A
5  Please call me if you have any questions about this notice.
6  DATED: April 15, 2008.

                                        Respectfully submitted,

                                        KAREN P. HEWITT
                                        United States Attorney

                                        <u>s/ Leah R. Bussell</u>

                                        LEAH R. BUSSELL
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff
                                        United States of America
                                        Email: <u>leah.bussell@usdoj.gov</u>