| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | LEAH R. BUSSELL |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 141400 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6962 |
| | E-mail: leah.bussell@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cv0672-JAH(LSP) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF RELATED CASES |
| | ) | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 2585 RAINBOW VALLEY BOULEVARD, FALLBROOK, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 08cv0673-BTM(BLM) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 9411 VISTA ALETA, VALLEY CENTER, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

(Caption continued on next page)

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA,           ) | Case No. 08cv0674-IEG(BLM) |
| 2 | Plaintiff,           ) | |
| 3 | v.           ) | |
| 4 | ONE RESIDENTIAL PROPERTY           )<br>LOCATED AT 16201 SWARTZ           ) | |
| 5 | CANYON ROAD, RAMONA,           )<br>CALIFORNIA, AND ALL           ) | |
| 6 | IMPROVEMENTS AND           )<br>APPURTENANCES           ) | |
| 7 | AFFIXED THERETO,           ) | |
| 8 | Defendant.           ) | |
| 9 | UNITED STATES OF AMERICA,           ) | Case No. 08cv0675-JLS(AJB) |
| 10 | Plaintiff,           ) | |
| 11 | v.           ) | |
| 12 | ONE RESIDENTIAL PROPERTY           ) | |
| 13 | LOCATED AT 818 ORA AVO DRIVE,           )<br>VISTA, CALIFORNIA,           ) | |
| 14 | AND ALL IMPROVEMENTS           )<br>AND APPURTENANCES           ) | |
| 15 | AFFIXED THERETO,           ) | |
| 16 | Defendant.           ) | |

NOTICE OF RELATED CASES

TO:    THE CLERK OF THE COURT

PLEASE TAKE NOTICE that pursuant to Local Rule 206-2 of the Southern District of California, the United States of America, plaintiff in the above-entitled action, believes that the four actions are related to one another.

The four actions are related in that the cases were based on the same series of acts and transactions committed by Thomas Swift, Kevin Kennedy and others, and thus, will involve the same issues of fact and law.

//

//

//

1  The assignment of all matters to a single judge and magistrate will serve to save judicial
2  time and energy in determining common questions of law and fact.
3       DATED:  April 24, 2008.
4                                              Respectfully submitted,
5                                              KAREN P. HEWITT
                                               United States Attorney
6
                                               s/  Leah R, Bussell
7
                                               LEAH R. BUSSELL
8                                              Assistant U.S. Attorney
                                               Attorneys for Plaintiff
9                                              United States of America
                                               E-mail:  leah.bussell@usdoj.gov
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 3 | UNITED STATES OF AMERICA, ) | Case No. 08cv0672-JAH(LSP) |
| 4 | Plaintiff, ) | |
| 5 | v. ) | CERTIFICATE OF SERVICE BY MAIL |
| 6-9 | ONE RESIDENTIAL PROPERTY LOCATED AT 2585 RAINBOW VALLEY BOULEVARD, FALLBROOK, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, ) | |
| 10 | Defendant. ) | |
| 11 | UNITED STATES OF AMERICA, ) | Case No. 08cv0673-BTM(BLM) |
| 12 | Plaintiff, ) | |
| 13-14 | v. ) | |
| 15-17 | ONE RESIDENTIAL PROPERTY LOCATED AT 9411 VISTA ALETA, VALLEY CENTER, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, ) | |
| 18 | Defendant. ) | |
| 19 | UNITED STATES OF AMERICA, ) | Case No. 08cv0674-IEG(BLM) |
| 20 | Plaintiff, ) | |
| 21-22 | v. ) | |
| 23-25 | ONE RESIDENTIAL PROPERTY LOCATED AT 16201 SWARTZ CANYON ROAD, RAMONA, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, ) | |
| 26-27 | Defendant. ) | |
| 28 | (Caption continued on next page) | |

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE RESIDENTIAL PROPERTY<br>LOCATED AT 818 ORA AVO DRIVE,<br>VISTA, CALIFORNIA,<br>AND ALL IMPROVEMENTS<br>AND APPURTENANCES<br>AFFIXED THERETO,<br><br>    Defendant. | Case No. 08cv0675-JLS(AJB) |

IT IS HEREBY CERTIFIED that:

I, Leah R. Bussell, am a citizen of the United States and am at least eighteen years of age.

I hereby certify that I have caused to be mailed the NOTICE OF RELATED CASES, by the United States Postal Service, to the following participants in this case:

| | |
|---|---|
| Thomas V. Swift<br>413 Silver Spur Way<br>San Marcos CA 92069-1322 | Eugene G. Iredale, Esq.<br>105 West F Street, 4th Floor<br>San Diego CA 92101 |
| Kevin D. Kennedy<br>1221 Adobe Terrace<br>Vista CA 92081-6335 | William K. Mueller, Esq.<br>400 S. Melrose Drive, Suite 101<br>Vista CA 92081 |
| EMHV Holdings, LLC<br>138 Escondido Avenue<br>Vista CA 92084 | |

These are the last known addresses, at which places there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2008.

                                         s/ Leah R. Bussell
                                         LEAH R. BUSSELL