```
 1  KAREN P. HEWITT
    United States Attorney
 2  LEAH R. BUSSELL
    Assistant U.S. Attorney
 3  California State Bar No. 141400
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6962
    E-mail: leah.bussell@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 08cv0672-JAH(LSP) |
| | ) | |
| Plaintiff, | ) | DECLARATION OF AND |
| | ) | REQUEST FOR CLERK'S |
| v. | ) | ENTRY OF DEFAULT AS |
| | ) | TO ALL POTENTIAL |
| ONE RESIDENTIAL PROPERTY LOCATED AT 2585 RAINBOW VALLEY BOULEVARD, FALLBROOK, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | ) ) ) ) ) ) ) | CLAIMANTS |
| | ) | |
| Defendant. | ) | |

   I, Leah R. Bussell, Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case for the following reasons:

   On April 14, 2008, a verified complaint was filed in the above action in the United States District Court for the Southern District of California against the above defendant. On June 27, 2008, the Complaint was posted on the front door of the residence by a duly authorized United States Marshal.

   On June 11, 2008, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimants at their addresses of record:

//

| | Name and Address | Article No. | Result |
|---|---|---|---|
| | Mark Wynne<br>EMHV Holding, LLC<br>23650 Blackbuck<br>Canyon Lake CA 92587 | 7004 2510 0003 3014 8732 | Returned by U.S. Postal Service 6/24/08 marked "No such street, unable to forward." |
| | GreenPoint Mortgage Funding, Inc.<br>100 Wood Hollow Drive<br>Novato CA 94945 | 7004 2510 0003 3014 8756 | Signed for as received on 6/16/08 |
| | CSC - Lawyers Incorp. Service<br>Agent for Service of Process<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento CA 95833 | 7004 2510 0003 3014 8749 | Signed for as received on 6/13/08 |

On July 15, 22 and 29, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Claims and Asset Forfeiture Actions, notice was published in the San Diego Commerce newspaper.

From the time of said notice, no claim or answer has been filed regarding the above-named defendant property by anyone.

For the foregoing reasons, it is requested that the Clerk of the Court enter a default against the defendant property as to any and all potential claimants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of September, 2008.

                                          s/ Leah R, Bussell
                                          LEAH R. BUSSELL
                                          Assistant U.S. Attorney
                                          Attorneys for Plaintiff
                                          United States of America
                                          E-mail: leah.bussell@usdoj.gov