# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Unted States of Amerca,
      Plaintiff(s)

     V.        **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

One Residential Property
located at 2585 Rainbow Valley Blvd.,
Fallbrook, California, and all improvements and
appurtenances affixed thereto,     **CASE NUMBER:**  08CV0672-JAH(LSP(
      Defendant(s)

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the motion for judgment by default against all potential claimants  is granted and the Defendant is forfeited to the United States.

| November 17, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/J. Petersen
(By)
   Deputy Clerk
ENTERED ON November 17, 2008